IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JAMES THOMPSON, :
:
    Petitioner :
:
v. : CIVIL NO. 4:CV-13-2589
:
DOMINICK L. DEROSE, : (Judge Brann)
:
    Respondent :

## **ORDER**

October 21, 2013

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner is **GRANTED** leave to proceed in forma pauperis for the sole purpose of the filing of this action.

2. The petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** the case.

4. Based on the Court's conclusion, there is no basis for the

issuance of a certificate of appealability.


BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge